■ LENOX ROAD BAPTIST CHURCH, Appellant, v CONTINENTAL CASUALTY COMPANY, Respondent.—Appeal by the plaintiff from an order of the Supreme Court, Kings County (Shaw, J.), entered September 10, 1990.

Ordered that the order is affirmed, with costs, for the reasons stated by Justice Shaw at the Supreme Court. Thompson, J. P., Harwood, Balletta, Rosenblatt and Eiber, JJ., concur.